Stephen L. COOK, Appellant,

v.

STATE of Missouri, Respondent.

WD 78322

Missouri Court of Appeals, Western District.

ORDER FILED: MARCH 15, 2016

Shaun Mackelprang, Jefferson City, MO, Counsel for Respondent.

Mark Allen Grothoff, Columbia, MO, Counsel for Appellant.

Before Division Four: Alok Ahuja, P.J., Mark D. Pfeiffer, Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Stephen Cook appeals the motion court's decision to deny his Rule 29.15 motion for post-conviction relief. We affirm. Rule 84.16(b).